THE HONORABLE JUDGE TANA LIN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

CARRIE NEHER,

                  Plaintiff,

v.

HOME DEPOT U.S.A., Inc., a foreign profit corporation,

                  Defendant.

CAUSE NO. 2:21-CV-01225-TL

**STIPULATED MOTION TO DISMISS AND ORDER**

NOTE FOR HEARING: JANUARY 20, 2022 WITHOUT ORAL ARGUMENT

## I.    STIPULATION

Plaintiff Carrie Neher ( "Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant"), by and through their respective undersigned counsel of record, hereby stipulate that all claims of Plaintiffs in the above-captioned case shall be DISMISSED with prejudice, and without costs or attorneys' fees to any parties.  Any and all claims that were brought or could have been brought have been fully settled by the parties outside of court.

STIPULATED MOTION TO DISMISS AND ORDER
(CAUSE NO. 2:21-CV-01225-TL)- Page 1

**HOLT WOODS & SCISCIANI LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

1

2

STIPULATED TO on this 20th day of January, 2022.

3

4

PARK CHENAUR & ASSOCIATES, INC.          HOLT WOODS & SCISCIANI LLP
P.S.

5

6

_s/ Kelsey L. Shewbert_
_____          _____
Cynthia S. Park, WSBA no. 58012          Kelsey L. Shewbert, WSBA No. 51412
Attorney for Plaintiff                   Kaytlin Carlson, WSBA No. 52606

7

Attorneys for Defendant

8

9

## II.    ORDER

10

THIS MATTER having come before the Court on the above stipulation, IT IS HEREBY

11

ORDERED that all claims that were brought, or that could have been brought, by Plaintiffs in the

12

above-captioned matter shall be, and hereby are, DISMISSED with prejudice.  Each party shall

13

bear its own costs and attorneys' fees.

14

15

DONE this 24th day of January, 2022.

16

17

18

Tana Lin
United States District Judge

19

20

21

22

23

24

25

26

STIPULATED MOTION TO DISMISS AND ORDER
(CAUSE NO. 2:21-CV-01225-TL)- Page 2

1

CERTIFICATE OF SERVICE

2  I certify under penalty of perjury under the laws of the State of Washington, that the

3  following is true and correct:

4  I am employed by the law firm of Holt Woods & Scisciani LLP.

5  At all times hereinafter mentioned, I was and am a citizen of the United States of

6  America, a resident of the State of Washington, over the age of eighteen (18) years, not a party

7  to the above-entitled action, and competent to be a witness herein.

8  On the date set forth below I served the document(s) to which this is attached, in the

9  manner noted on the following person(s):

10

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO /Plaintiff**<br>Cynthia S. Park<br>PARK CHENAUR & ASSOCIATES, Inc. P.S.<br>2505 S. 320th Street, Suite #100<br>Federal Way, WA 98003 | ☐ **Via U.S. Mail**<br>☒ **Via E-Mail**<br>☐ **Via Messenger Service**<br>☒ **Via CM/ECF**<br><br>*cynthia@parkchenaur.com* |

16  DATED this 20th day of January, 2022 in Seattle, Washington.


_s/Christie Kramer_____
Christie Kramer, Legal Assistant

19

20

21

22

23

24

25

26

STIPULATED MOTION TO DISMISS AND ORDER
(CAUSE NO. 2:21-CV-01225-TL)- Page 3

**HOLT WOODS & SCISCIANI LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065